**Entered on Docket**
**June 24, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
ACE VAN PATTEN (NV Bar #11731)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION,
SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA
WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KIM LORRAINE JOHNSON ,<br><br>        Debtor(s). | Bankruptcy Case No. BK-S-08-15306-mkn<br>Chapter 7<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   June 9, 2010<br>Time:   1:30 p.m. |

1     A hearing on Secured Creditor Wells Fargo Bank, National Association,

2  successor by merger to Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for

3  Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy

4  Court before the Honorable Mike K. Nakagawa, Ace Van Patten appearing on behalf of Secured

5  Creditor.

6     The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9     The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 1845 Star

12  Sapphire Ct, Las Vegas, Nevada 89106-1843 ("Real Property"), which is legally described as:

13
            SITUATED IN THE COUNTY OF CLARK AND
14          STATE OF NEVADA. LOT 43 IN BLOCK 5 OF
            DIAMOND POINTE UNIT 4, AS SHOWN BY
15          MAP THEREOF ON FILE IN BOOK 77 OF
            PLATS, PAGE 53, IN THE OFFICE OF THE
16          COUNTY RECORDER OF CLARK COUNTY,
17          NEVADA.

18     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

19  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

20  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

21  prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

22  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

23  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

24  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

25  provide 7 days' notice to the Debtor(s).

26  /././

27  /././

28  /././

1            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2    offer and provide Debtor with information re: a potential Forbearance Agreement, Loan

3    Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4    may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to

5    enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this

6    bankruptcy case.

7    APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

8    _____   _____

9    DAVID A. RIGGI               LENARD E. SCHWARTZER
     DEBTOR(S) ATTORNEY           TRUSTEE

10

11   /././

12   /././

13   /././

14   /././

15   /././

16   /././

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐    The court has waived the requirement of approval under LR 9021.

4    ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5    or filed written objections.

6
7    ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

8    delivered a copy of this proposed order to all counsel who appeared at the hearing, any

9    unrepresented parties who appeared at the hearing, and each has approved or disapproved the

10    order, or failed to respond, as indicated below [list each party and whether the party has

11    approved, disapproved, or failed to respond to the document]:

12
13    ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

14    all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

15    and each has approved or disapproved the order, or failed to respond, as indicated below [list

16    each party and whether the party has approved, disapproved, or failed to respond to the

17    document]:

18    ☐    Approved.

19    ☐    Disapproved.

20    ☒    Failed to respond. – Debtor's Attorney/Trustee

21                                                          ###

22
23    Submitted by:

24    /s/ ACE VAN PATTEN
      4375 Jutland Drive, Suite 200
25    P.O. Box 17933
      San Diego, CA 92177-0933
26    (858) 750-7600
      NV Bar #11731
27    Attorney for WELLS FARGO
      BANK, NATIONAL
28    ASSOCIATION, et al.